[No. 41104-7-I.    Division One.    February 16, 1999.]

*In the Matter of the Personal Restraint of* JEROME WAYNE SMITH, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 41126-8-I.    Division One.    February 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE MAXTED, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-08413-8, Patricia H. Aitken, J., entered July 15, 1997. *Remanded* by unpublished per curiam opinion.

[No. 41220-5-I.    Division One.    February 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN KELLOGG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-03443-3, Jeanette R. Burrage, J., entered July 22, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41396-1-I.    Division One.    February 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK ROJAS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-00249-1, Larry Jordan, J., entered September 16, 1997. *Dismissed* by unpublished per curiam opinion.